IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTICE I. ALLAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:12-CV-255-WHA |
| | ) |
| MAC SIM BUTLER DETENTION | ) |
| FACILITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon a *de novo* review and independent evaluation of this case, including the Recommendation of the Magistrate Judge (Doc. #4), as partially modified by order of the Magistrate Judge (Doc. #7), the Objection to the claims in the original complaint being dismissed (Doc. #5), filed by the Plaintiff on April 4, 2012, and the entire file, the court finds the Objection to be without merit, and it is hereby overruled. The court adopts the Recommendation of the Magistrate Judge, as modified, and it is hereby ORDERED as follows:

1. The § 1983 claims presented against the Defendants in the original complaint are DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i-ii).

2. This case is referred back to the Magistrate Judge for further proceedings on the amended complaint (Doc. #5), as more fully set forth in the order entered April 17, 2012. (Doc. #8).

DONE this day 24th of April, 2012.

        /s / W.Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE