IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTICE I. ALLAH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MAC SIM BUTLER DETENTION )<br>FACILITY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:12cv255-WHA<br><br>(WO) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #12), entered on May 3, 2012, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Plaintiff's Complaint against Mac Sim Butler Detention Facility is DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2. The Mac Sim Butler Detention Facility is DISMISSED as a party to this cause; and

3. This case with respect to the Plaintiff's claims against the remaining Defendants is referred back to the Magistrate Judge for further proceedings.

DONE this 30th day of May, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE