IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JUSTICE I. ALLAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:12-cv-255-WHA |
| | ) | |
| DR. GURLEY, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JUSTICE I. ALLAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:12-cv-915-WHA |
| | ) | |
| QUALITY CORRECTIONAL HEALTHCARE, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #58), entered on March 2, 2015. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Defendants' motions for summary judgment (Docs. #18 and 56) are GRANTED.

2. Judgment is entered in favor of Defendants.

3. This case is DISMISSED with prejudice.

4. Costs are taxed against the Plaintiff.

5. Final Judgment will be entered accordingly.

DONE this 24th day of March, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE