IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTICE I. ALLAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:12-cv-255-WHA |
| ) | |
| DR. GURLEY, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| JUSTICE I. ALLAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:12-cv-915-WHA |
| ) | |
| QUALITY CORRECTIONAL ) | (WO) |
| HEALTHCARE, et al., ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Justice I. Allah, and this case is DISMISSED with prejudice.

DONE this 24th day of March, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE